IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL FLANAGAN<br><br>　　Plaintiff,<br><br>vs.<br><br>QUIKTRIP CORPORATION,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION<br>§<br>§ FILE NO.: _____<br>§<br>§<br>§<br>§ |

## DEFENDANT QUIKTRIP CORPORATION'S NOTICE OF REMOVAL

COMES NOW QUIKTRIP CORPORATION, Defendant in the above-captioned matter, and herein file its Notice of Removal pursuant to Fed. R. Civ. P. 8(c) and 28 U.S.C. §§ 1441 and 1446(a) and (b).

1.

Defendant has been sued in a civil action brought in the State Court of Gwinnett County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia.

2.

Plaintiff is a resident and citizen of the State of Georgia.

- 1 -

3.

Defendant QuikTrip Corporation is an Oklahoma corporation with its principal place of business in Oklahoma.

4.

The Complaint was filed on October 18, 2013, in the State Court of Gwinnett County, Civil Action File No. 13 C 06288-5. The Complaint and Summons were allegedly served and received by Defendant QuikTrip Corporation on October 23, 2013.

5.

The Complaint asserts claims by a resident Plaintiff against non-resident Defendants. Plaintiff's Complaint seeks damages for past and future medical expenses, past and future lost wages, mental and physical pain and suffering and emotional distress which allegedly would exceed $75,000. Upon information and belief, Plaintiff's past medical damages allegedly exceed $36,000.

6.

This Notice of Removal is filed within thirty (30) days from the alleged dates of service on Defendant QuikTrip Corporation. The removal of this action is made on diversity grounds.

7.

Defendants attach, as Exhibit "A" to this original pleading only, the entire record in the State Court of Gwinnett County action.

8.

The aforementioned civil action is a civil action over which this Court has original jurisdiction and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1332(a) as well as 28 U.S.C. § 1441(a), because this Court has original jurisdiction in any action involving diversity grounds under the laws of the United States.

9.

Defendants have given written notice of the filing of this Notice to Plaintiff by mailing a copy of this Notice of Removal to Plaintiff's counsel via Certified Mail, Return Receipt Requested.  Defendants have filed a written notice with the Clerk of State Court of Gwinnett County, a copy of both are attached, as Exhibit "B".

10.

The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law, and it is not interposed

{Firm/278/00015/00781627.DOCX}

for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation. *See* Affidavit of J. Robb Cruser, attached hereto as Exhibit "C".

WHEREFORE, Defendant pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this __19th__ day of November, 2013.

CRUSER & MITCHELL, LLP

_____
**J. ROBB CRUSER**
Georgia Bar No. 199480
**KATHLEEN M. HURLEY**
Georgia Bar No. 379659
Attorneys for Defendants

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA   30092
(404) 881-2622
(404) 881-2630 (Fax)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL FLANAGAN, | § § § | |
| Plaintiff, | § § | CIVIL ACTION |
| vs. | § § | FILE NO.: _____ |
| QUIKTRIP CORPORATION, | § § | |
| Defendants. | § § § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed **DEFENDANTS WESLEY PROPERTIES, INC. AND QUIKTRIP CORPORATION'S NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>MICHAEL T. BENNETT, JR., ESQ.
>BENNETT LAW GROUP
>1349 West Peachtree Street, NW
>Two Midtown Plaza, Suite 1220
>Atlanta, GA   30309

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to all counsel of record at the above addresses.

{Firm/278/00015/00781627.DOCX}

- 6 -

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

This _19th_ day of November, 2013.

                                               CRUSER & MITCHELL, LLP

                                               _____
                                               **J. ROBB CRUSER**
                                               Georgia Bar No. 199480
                                               **KATHLEEN M. HURLEY**
                                               Georgia Bar No. 379659
                                               Attorneys for Defendants

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA   30092
(404) 881-2622
(404) 881-2630 (Fax)