IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL FLANAGAN | § § § | |
| Plaintiff, | § § | CIVIL ACTION |
| vs. | § § | FILE NO.: 1:13 CV 03836-WSD |
| QUIKTRIP CORPORATION, | § § | |
| Defendant. | § | |

### DEFENDANT QUIKTRIP CORPORATION'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, QUIKTRIP CORPORATION, the named Defendant in the above-styled civil action, and hereby files and serves this its Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56 and Local Rule 56.1. In support of its Motion for Summary Judgment, Defendant relies on all pleadings and evidence in this case, as well as the following:

(1) Defendant's Brief in Support of Its Motion for Summary Judgment ("Defendant's Brief");

(2) Defendant's Statement of Material Facts as to Which There is No Genuine Issue to be Tried;

(3) Deposition transcript of Michael Flanagan and attached Exhibits;

(4)   Deposition transcript of Joshua Aiken-Phillips and attached Exhibits;

(5)   Affidavit of Shemika Love and attached Exhibits;

(6)   Affidavit of Joshua Aiken-Phillips and attached Exhibits;

(7)   Defendant QuikTrip Corporation's Second Supplemental Responses and Objections to Plaintiff's First Request for Production of Documents; and

(8)   All other pleadings before this Court.

WHEREFORE, for all of the foregoing reasons and those set forth in Defendant's Brief in Support of its Motion for Summary Judgment, Defendant respectfully requests this Court grant summary judgment in its favor.

This ___8th___ day of September, 2014.

                                            CRUSER & MITCHELL, LLP

                                            **J. ROBB CRUSER**
                                            Georgia Bar No. 199480
                                            **KATHLEEN M. HURLEY**
                                            Georgia Bar No. 379659
                                            Attorneys for Defendant

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA   30092
(404) 881-2622
(404) 881-2630 (Fax)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL FLANAGAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| vs. | § | |
| | § | FILE NO.: 1:13 CV 03836-WSD |
| QUIKTRIP CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed **DEFENDANT QUIKTRIP CORPORATION'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

MICHAEL T. BENNETT, JR., ESQ.
BENNETT LAW GROUP
1349 West Peachtree Street, NW
Two Midtown Plaza, Suite 1995
Atlanta, GA  30309

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the

{Firm/278/00015/00924574.DOCX }

Court in Local Rule 5.1(C).

This ___8th___ day of September, 2014.

CRUSER & MITCHELL, LLP

_____
J. ROBB CRUSER
Georgia Bar No. 199480
KATHLEEN M. HURLEY
Georgia Bar No. 379659
Attorneys for Defendant

Meridian II, Suite 2000
275 Scientific Drive
Norcross, GA  30092
(404) 881-2622
(404) 881-2630 (Fax)